**Entered on Docket**
**December 18, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Accredited
Mortgage Loan Trust 2005-1, Asset-Backed Notes
09-77197

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

David M. Gleason and Edith S. Gleason

Debtors.

BK-S-09-29306-lbr

Date: 11/17/09
Time: 10:30 a.m.

Chapter 7

1

2
## ORDER VACATING AUTOMATIC STAY

3
   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

4
above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

5
Secured Creditor Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders

6
of the Accredited Mortgage Loan Trust 2005-1, Asset-Backed Notes, its assignees and/or successors in

7
interest, of the subject property, generally described as 2836 Preciso Lane., Henderson, NV 89074, and

8
legally described as follows:

9

10
   LOT 29 IN BLOCK 1 OF AMENDED MAP OF OAKWOOD AS SHOWN BY MAP
   THEREOF ON FILE IN BOOK 32 OF PLATS, PAGE 61 IN THE OFFICE OF THE

11
   COUNTY RECORDER OF CLARK COUNTY, NEVADA. ASSESSOR'S PARCEL
   NUMBER: 177-13-214-024

12
///

13
///

14
///

15
///

16
///

17
///

18
///

19
///

20
///

21
///

22
///

23
///

24
///

25
///

26
///

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall

give Debtors at least five business days' notice of the time, place and date of sale.

DATED this 8th day of December 2009

Submitted by:

**WILDE & ASSOCIATES**

By /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Anthony Deluca
5830 W. Flamingo Rd., #233
Las Vegas, NV 89103
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV  89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
___✓___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
        unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
        and each has approved or disapproved the order, or failed to respond, as indicated below
        (list each party and whether the party has approved, disapproved, or failed to respond to the
        document):

(List Parties)
Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __✓__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __✓__ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

        this proposed order were transmitted to Debtor's counsel and appointed trustee to which

        they have not replied


Submitted by:
  /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor